Nos. 25-881 and 25-1481

---

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

OUTDOOR POWER EQUIPMENT INSTITUTE, et al.,
*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Respondents*.

---

On Petition for Review of Notice of Decision
of the U.S. Environmental Protection Agency

---

**EPA'S MOTION TO EXTEND THE STAY OF APPELLATE PROCEEDINGS FOR 60 DAYS**

---

1. EPA respectfully requests that the Court extend the stay of appellate proceedings in this case by 60 days. Petitioner Outdoor Power Equipment Institute does not oppose. Petitioners American Fuel & Petrochemical Manufacturers and Energy Marketers of America, and intervenors California, American Lung Association, and Coalition for Clean Air take no position on this motion.

2. These consolidated petitions challenge EPA's action, "California State Nonroad Engine Pollution Control Standards; Small Off-Road Engines Regulations; Notice of Decision," 90 Fed. Reg. 640 (Jan. 6, 2025).

3. Petitioners filed their opening brief on February 3, 2026. Dkt. 52. On May 27, 2026, this Court granted EPA's request for an extension of time until July 20, 2026 to file the agency's answering brief. Dkt. 79. Before that date, petitioners filed a motion to hold this case in abeyance for 90 days. Dkt. 86. This Court granted that motion and stayed proceedings in this case until October 13, 2026. Dkt. 89.

4. Since the Court stayed proceedings in this case, resolutions of disapproval of the action at issue in this case have been introduced in both the House and the Senate. *See* H.J. Res. 214; S.J. Res. 205.

5. EPA needs time to consider developments and next steps. To that end, EPA requests a 60-day extension of the abeyance, until December 14, 2026.

7. This court has "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). An abeyance is prudent "if the public welfare or convenience will thereby be promoted." *Landis v. N. Am. Co.*, 299 U.S. 248, 256 (1936).

8. An extension of the abeyance is warranted here because it would preserve resources of the parties and the Court. Moreover, no party opposes the requested relief and therefore a stay would not prejudice any party.

9. For these reasons, EPA respectfully requests that the Court extend the stay of appellate proceedings for 60 days.

Dated: October 13, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*

/s/ *Jeffrey Hughes*
JEFFREY HUGHES
Energy and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3080
jeffrey.hughes@usdoj.gov

*Counsel for EPA*

# CERTIFICATE OF COMPLIANCE

EPA's motion complies with Rule 27(d) of the Federal Rules of Appellate Procedure as the motion contains 325 words according to the count of Microsoft Word and has been prepared in a proportionally spaced typeface using Times New Roman 14-point font.

/s/ *Jeffrey Hughes*
JEFFREY HUGHES
*Counsel for EPA*